# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2593 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 52 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 55887 |
| | : | |
| CRAIG COHEN, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2019, upon consideration of the Verified Statement of Resignation, Craig Cohen is disbarred on consent from the Bar of this Commonwealth, retroactive to April 4, 2019. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217, and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).